# UNITED STATES BANKRUPTCY COURT
# FOR THE EASETERN DISTRICT OF MICHIGAN

In re: Caulkins; Fredrick Preston ) Case: 0963246
      Caulkins; Tammika Ann
   Debtor (s) )
                       )

## WITHDRAWAL TRANSFER/ASSIGNMENT OF CLAIM

PRA Receivables Management, LLC agent of Portfolio Recovery Associates, LLC withdraws the Transfer of Claim filed 12/23/2009 Claim Number: **45**

By: *Nicole Sampson* (signature)
Nicole Sampson, Bankruptcy Representative
PRA Receivables Management LLC
POB 41067
Norfolk, VA. 23541

The undersigned certifies that a copy of the foregoing was served by regular mail on this 7th day November 2012 to the Bankruptcy Court and whose names and addresses are listed below.

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

James P. Frego, II
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127

## CERTIFICATION OF SERVICE

I hereby certify that on this 7th day November 2012, a copy of the foregoing was served by regular mail to those whose names and addresses are listed below.

**Tammy L. Terry**
**Buhl Building**
**535 Griswold**
**Suite 2100**
**Detroit, MI 48226**

**James P. Frego, II**
**Frego & Assc.-The Bankruptcy Law Office**
**23843 Joy Road**
**Dearborn Heights, MI 48127**

_____
Nicole Sampson, Bankruptcy Representative
PRA Receivables Management, LLC